11 So.2d 165

**Herman ABERNATHY v. STATE.**

**7 Div. 715.**

Court of Appeals of Alabama.

Nov. 3, 1942.

John R. Robinson, of Gadsden, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

5 So.2d 841

**Robert ADAMS v. STATE.**

**1 Div. 408.**

Court of Appeals of Alabama.

Nov. 18, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

3 So.2d 915

**Charlie (alias Charles) ALLEN v. STATE.**

**8 Div. 153.**

Court of Appeals of Alabama.

June 30, 1941.

Raymond Murphy, of Florence, for appellant.

Thos. S. Lawson, Atty. Gen., and Noble J. Russell, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

3 So.2d 916

**Hess ALLEN v. STATE.**

**8 Div. 119.**

Court of Appeals of Alabama.

June 24, 1941.

Proctor & Snodgrass, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

8 So.2d 222

**Lewis ALLEN v. STATE.**

**7 Div. 634.**

Court of Appeals of Alabama.

March 24, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.